UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Newmans' Manufacturing, Inc.                  Case No. BKY 07-30032-GFK

    Debtor.                                           Chapter 11 Case

**ORDER AUTHORIZING EMPLOYMENT OF
MATRIX ASSOCIATES, INC.
AS MANAGEMENT CONSULTANT**

Upon the Application by the Debtor to employ Management Consultant (Matrix Associates, Inc.) in this Chapter 11 case, it appears that it is necessary for the Debtor to employ a management consultant, it appears that the management consultant selected by the Debtor does not hold or represent an interest adverse to the estates and that it is disinterested within the meaning of 11 U.S.C. § 327(a),

IT IS HEREBY ORDERED:

1. The Debtor may employ Matrix Associates, Inc. upon the basis set forth in the application effective February 8, 2006, subject to the provisions of 11 U.S.C. §§ 328 and 330;

2. Matrix Associates may submit monthly requests for reimbursement of expenses to the Debtor, with copies to the Committee of Unsecured Creditors or its counsel, to the Office of the United States Trustee, and to Debtor's secured lender, and the Debtor is authorized to pay 80% of fees and 100% of expenses on a monthly basis, subject to later allowance by the Court as set out below;

4. Matrix Associates may apply for allowance of its fees and any unpaid expenses to coincide with fee applications of other professionals in the case.

/e/ Gregory F. Kishel

Dated: January 29, 2007

The Honorable Gregory F. Kishel
United States Bankruptcy Judge

4130755_1.DOC

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 1/29/2007
Lori Vosejpka, Clerk, By LJE