UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Newmans' Manufacturing, Inc.,    Case No. BKY 07-30032-GFK

Debtor.    Chapter 11 Case

**ORDER APPROVING EMPLOYMENT OF AND PAYMENT PROVISIONS
FOR HAMRE, SCHUMANN, MUELLER & LARSON, P.C.**

Upon the Application by the Debtor to employ Hamre, Schumann, Mueller & Larson, P.C. as special intellectual property counsel for two patent disputes, and motion to authorize the payment of a post-petition retainer to Hamre, Schumann, Mueller & Larson, P.C., it appears that it is necessary for the Debtor to employ an attorney, it appears that the attorney selected by the Debtor does not represent or hold any interest adverse to the Debtor or to the estates with respect to those patent dispute within the meaning of 11 U.S.C. § 327(e),

IT IS HEREBY ORDERED:

1. The Debtor may employ Hamre, Schumann, Mueller & Larson, P.C. ("HSML") upon the basis set forth in the application subject to the provisions of 11 U.S.C. §§ 328 and 330.

2. The Debtor's post-petition payment to HSML of a retainer in the amount of $14,500 is hereby approved.

3. HSML may submit monthly requests for reimbursement of fees and expenses to the Debtor. Debtor shall provide Associated Bank ("Bank") a copy of each monthly request for reimbursement electronically.

4. The Debtor is authorized to pay 100% of HSML's fees and expenses on a monthly basis provided that monthly fees and costs do not exceed $7,500, in which case HSML

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 2/01/07
Lori Vosejpka, Clerk, By jrb, Deputy Clerk

shall submit an invoice to Debtor's counsel, who shall provide a copy of the invoice electronically to counsel for the United States Trustee ("US Trustee"), the Bank and the Official Committee of Unsecured Creditors ("Committee"). Provided the U.S. Trustee, the Bank, or the Committee do not object to payment of the invoice within five (5) days of receipt, Debtor is hereby authorized to pay the invoice in full. If the U.S. Trustee, the Bank, or the Committee objects to payment of the invoice, the fees and expenses will be set on for hearing in accordance with 11 U.S.C. §§ 330 and 331.

     5. HSML shall apply to the Court for final approval and allowance of its fees and expenses in accordance with 11 U.S.C. §330 at or prior to the confirmation of a plan of reorganization.

Dated: February 1, 2007

/E/ *Gregory F. Kishel*

The Honorable Gregory F. Kishel
United States Bankruptcy Judge

4144895_1.DOC