07 APR -5 AM 9:21
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Newmans' Manufacturing, Inc.,

Bky. Case No. 07-30032 GFK

Debtor

## NOTICE OF HEARING AND MOTION TO APPROVE ADMINISTRATIVE CLAIM

TO: NEWMANS' MANUFACTURING, INC., THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, THE UNITED STATES TRUSTEE AND THE ENTITIES ENTITLED TO NOTICE PURSUANT TO LOCAL RULE 9013-3(a)

1. Wrisco Industries, Inc. (hereinafter "Wrisco"), through its undersigned counsel, moves the Court for the relief requested below and gives notice of hearing.

2. The Court will hold a hearing on this motion at 9:30 o'clock a.m., on April 30, 2007, before the Honorable Gregory F. Kishel, Courtroom 7 West, U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

3. Any response to this motion must be filed and served by delivery not later than Wednesday, April 25, 2007, which is three days before the time set for the hearing (excluding Saturdays, Sundays and holidays) or filed and served by mail not later than April 19, 2007, which is seven days before the time set for the hearing (excluding Saturdays, Sundays, and holidays). UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

4. This court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334, Fed. R. Bankr. P. 5005 and Local Rule 1070-1. This proceeding is a core proceeding. The petition commencing this chapter 11 case was filed on January 4, 2007. The case is now pending in this Court.

5. This motion arises under 11 U.S.C. § 503(b)(9).

6. Wrisco Industries, Inc., is a Delaware corporation with its principal executive office located in Palm Beach Gardens, Florida. Wrisco is in the business of supplying aluminum materials.

7. Debtor was a customer of Wrisco and in the Debtor's ordinary course of business, Debtor purchased from Wrisco materials for use in debtor's business. Prior to the January 4, 2007, transaction Wrisco had periodically sold goods to Wriso.

8. Prior to the time of filing of the bankruptcy petition on January 4, 2007, the Debtor received delivery of materials from Wrisco of a value of $11,734.26, bearing invoice number 010021 dated January 3, 2007. A copy of said invoice is attached hereto as Exhibit "A". A copy of the delivery receipt is attached hereto as Exhibit "B". The delivery receipt indicates a time in of 9:45 a.m. and a time out of 10:05 a.m., on January 4, 2007, whereas the Bankruptcy Petition herein was filed at 6:04 p.m., on January 4, 2007. See Exhibit "C".

9. The Debtor has not paid for the materials delivered on January 4, 2007, represented by invoice number 010021, and the full amount of said invoice remains unpaid.

10. Pursuant to 11 U.S.C. § 503(b)(9), Wrisco is entitled to an administrative claim for the material delivered on January 4, 2007, in the amount of $11,734.26.

WHEREFORE, Wrisco requests that the Court enter an order granting Wrisco an administrative claim in the amount of $11,734.26 pursuant to 11 U.S.C. § 503(b)(9).

JOHN A. HALPERN & ASSOCIATES

Dated: April 4, 2007

By: /s/ Harold B. Koritz
Harold B. Koritz    #57642
500 Plymouth Building
12 South Sixth Street
Minneapolis, MN 55402-1510
(612) 375-1980

ATTORNEYS FOR WRISCO INDUSTRIES, INC.

# **VERIFICATION**

I, Ceil Czekalinski, Credit Manager of Wrisco Industries, Inc., the moving party herein, declare under penalty of perjury that the facts set forth in the foregoing Novice of Hearing and Motion to Approve Administrative Claim are true and correct according to the best of my knowledge information and belief.

_____
CEIL CZEKALINSKI

Subscribed and sworn to before me
this 27th day of March, 2007

_____
Notary Public

NOTARY PUBLIC-STATE OF FLORIDA
Paul Joseph Sullivan
Commission # DD435338
Expires: JUNE 22, 2009
Bonded Thru Atlantic Bonding Co., Inc.

4

# INVOICE



**Wrisco Industries Inc.**

WRISCO INDUSTRIES INC./CHICAGO
6075 WEST 115TH STREET
ALSIP, ILLINOIS 60803
PHONE: 1-800-627-8036

http://www.wrisco.com

| INVOICE NO. | PAGE |
|---|---|
| 01002 | 1 |
| **INVOICE DATE** | |
| 1/03/07 | |

**SOLD TO:**
NEWMAN'S MANUFACTURING INC.
HIGHWAY 10 SOUTH
P.O. BOX 24
ROYALTON      MN 56373-

**SHIP TO:**
NEWMAN'S MANUFACTURING INC.
HIGHWAY 10 SOUTH
P.O. BOX 24
ROYALTON      MN 56373-

| ORDER NO. | OUR ORDER DATE | CUSTOMER NO. | SALESMAN | YOUR PURCHASE ORDER | SHIP VIA | COL PPD | DATE SHIPPED | TERMS FOB SHIPPING POINT |
|---|---|---|---|---|---|---|---|---|
| 251585 | 12/27/06 | 24761 | 004 | 0031359 | COMM CARRIER | PPD | 1/03/07 | NET 30 |

| QUANTITY ORDERED | QUANTITY SHIPPED | QTY. BACK ORDERED | PART NO. / COLOR | DESCRIPTION | UNIT PRICE | | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 25.0 | 25.0 | | 920748 | .063 GAUGE TREAD-BRITE 48" X 96" | 78.400 | EA | 1960.00 |
| 50.0 | 50.0 | | *940055 | .040 BLAK/WHITE 60 X 144 | 81.600 | EA | 4080.00 |
| 75.0 | 75.0 | | 920502 | .040 WHITE/WHITE 60 X 144 | 75.000 | EA | 5625.00 |

SHIPPED VIA LAKEVILLE
W/O 275054
CN MELANIE

SERVICE CHARGES - PAST DUE ACCOUNTS MAY BE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH OR TO THE EXTENT ALLOWED BY LAW. RETURNED CHECKS ARE SUBJECT TO SERVICE CHARGES TO THE EXTENT ALLOWED BY LAW.

NO GOODS RETURNABLE WITHOUT PERMISSION. 20% RESTOCKING CHARGE. ALL CLAIMS MUST BE MADE WITHIN 10 DAYS AFTER RECEIPT OF GOODS. CLAIMS FOR DAMAGE OR LOSS IN TRANSIT MUST BE MADE TO THE TRANSPORTATION COMPANY AT TIME OF RECEIPT OF GOODS.

| SALE AMOUNT | 11,665.00 |
|---|---|
| MISC. CHARGES | |
| SALES TAX | |
| FREIGHT | 69.26 |
| **TOTAL** | **11,734.26** |



EXHIBIT 4

**LAKEVILLE MOTOR EXPRESS**
P.O. BOX 130260  ST. PAUL, MN 55119
www.lakevillemotor.com
General Office (651) 636-0800 / (800) 888-4950
Dispatch (651) 635-8020 / (800) 520-4500

DELIVERY RECEIPT

Pro: 3831451403 7
Date: 1/03/07

ABG-***
380120
NEWMANS MFG INC
207 HIGHWAY 10 S
ROYALTON  MN 56373

TMSTC
247460
WRISCO INDUSTRIES INC
6075 W 115TH ST
ALSIP  IL 60803

Dst: STC  Org: CHI  ORIGINAL DR

| SHIPPER'S NUMBER | TRAILER NUMBER | O/O CARRIER Pro. No. and Date | CR. CARRIER O/C | LME | O/O |
|---|---|---|---|---|---|
| 23164 | 053951STYL | | | | |

| | | | | |
|---|---|---|---|---|
| 4 | PLT ALUM SHEETS | | 60 | 5,745 |
| | FUEL SURCHARGE 16.00 PERCENT | | | |
| | NO PHONE # SHOWN ON BL | | | |
| | 00000 SWP, 00004 PLT, 00000 LOOSE | | | |
| | PO# NS | | | |

HU 4  Type of Charge COLLECT  RDD 1/04  5,745

Handling Units Delivered (Must be filled out)
4 Pallets Delivered: S/W Intact Y ___ N ✓
Loose Pieces Delivered: ___ cartons ___ bundles ___ drums ___ crates ___ other (pcs)

PAGE 1
010407  DRMST

Received in good order except as noted. Show complete company name, signature & date
COMPANY NAME: Newmans
EMPLOYEE SIGNATURE: Tom Wayman

TIME IN 9:45
TIME OUT 10:05
DATE 1-4-07

[signature: Penny]

EXHIBIT B

# Open Voluntary BK Case

US Bankruptcy Court [LIVE]

District of Minnesota



Notice of Bankruptcy Case Filing

The following transaction was received from Cutler, Clinton E. entered on 1/4/2007 at 6:04 PM CST and filed on 1/4/2007
**Case Name:** Newmans' Manufacturing, Inc.
**Case Number:** 07-30032
**Document Number:** 1

**Docket Text:**
Chapter 11 voluntary petition re: Newmans' Manufacturing, Inc.. List of creditors holding 20 largest unsecured claims - Form 4, Statement of compensation by attorney for debtor - Local Form 1007-1, Proof of authority to sign and file petition - Local Form 1008-1. Fee Amount $1039.00 Chapter 11 Plan due by 5/4/2007. Disclosure Statement due by 5/4/2007. Government Proof of Claim due by 7/3/2007. (Cutler, Clinton)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** U:\Bankruptcy PDF Files\Newmans\Petition\Newmans Petition.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1061829029 [Date=1/4/2007] [FileNumber=3580806-0]
[12173e2c5a251de8e7c251be8bf754170e69f2a6ac2008d989330e51e72ec5a30ee0
a4fd5b50eec1876409d477c309107dd4a8ed2674e5fda0a78d5126c6f05d]]

**07-30032 Notice will be electronically mailed to:**

Clinton E. Cutler    ccutler@fredlaw.com, mdavis@fredlaw.com

US Trustee    ustpregion12.mn.ecf@usdoj.gov

**07-30032 Notice will not be electronically mailed to:**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Newmans' Manufacturing, Inc.,

Bky. Case No. 07-30032 GFK

    Debtor

---

# MEMORANDUM IN SUPPORT OF MOTION TO
# APPROVE ADMINISTRATIVE CLAIM

---

As part of the Bankruptcy Abuse Prevention and Consumer Protection Act ("BAPCPA"), Section 503 was amended to add subsection (9) which allows an administrative claim for:

> "the value of any goods received by the debtor within 20 days before the date of commencement of a case under this title in which the goods have been sold to the debtor in the ordinary course of such debtor's business."

Section 503(b)(9) is straight forward. A seller of goods is entitled to an administrative claim for the value of the goods delivered if: a) the goods were received by the Debtor within 20 days before the date of the Petition; and b) the goods were sold in the ordinary course of business.

The June 4, 2007, transaction meets both criteria. First, the goods were delivered the same day as the filing of the Bankruptcy Petition, but prior to the time of filing, clearly within the 20 days required by the statute. Second, the sale was in the ordinary course of business. The Debtor, as part of its business, purchased materials from various vendors, including Wrisco. Wrisco had sold goods to Debtor prior to the June 4, 2007, transaction establishing a vendor/customer relationship. Debtor's schedules reflect a balance due Wrisco for transactions occurring before January 4, 2007.

Having met all requirements of Section 502(b)(9), Wrisco is entitled to an administrative claim in the amount of $11,734.26.

JOHN A. HALPERN & ASSOCIATES

Dated: April 4, 2007

By: _____
Harold B. Koritz        #57642
Attorneys for Wrisco Industries, Inc.
500 Plymouth Building
12 South Sixth Street
Minneapolis, MN 55402-1510
(612) 375-1980

2

SERVICE LIST

Newmans' Manufacturing, Inc.
207 South Highway 10
Royalton, MN 56373

Clinton E. Cutler
Fredrickson & Byron, PA.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402

Douglas W. Kassebaum
Fredrickson & Byron, PA.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402

Ryan Murphy
Fredrickson & Byron, PA.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402

Sarah J. Wencil, Esq.
United States Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Michael F. McGrath
Ravich Meyer Kirkman & McGrath Nauman
4545 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Eric J. Sherburne
Stein & Moore, P.A.
332 Minnesota Street, Suite W-1650
St. Paul, MN 55101

Thomas A. Keller
Moss & Barnett
90 South Seventh Street, Suite 4800
Minneapolis, MN 55402-4129

Associated Bank Minnesota, N.A.
c/o James A. Rubenstein
Moss & Barnett
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

Glen E. Schumann
Moss & Barnett
90 South Seventh Street, Suite 4800
Minneapolis, MN 55402-4129

Floe International, Inc.
c/o Chrystal Donnell
Faegre & Benson
90 South Seventh Street, Suite 2200
Minneapolis, MN 55402

Ford Motor Credit Co.
c/o Linda J. Jungers
Stewart Zlimen & Jungers
430 Oak Grove Street, Suite 200
Minneapolis, MN 55403

R. Michael Fox
Matrix Associates, Inc.
1128 Harmon Place, Suite 310
Minneapolis, MN 55403

R. L. Ryerson Co., Inc.
c/o Michael D. Jankowski
1000 North Water Street, Suite 2100
P.O. Box 2965
Milwaukee, WI 53201

Internal Revenue Service District
  Counsel
380 Jackson Street, Suite 650
St. Paul, MN 55101-4804

Internal Revenue Service
30 East Seventh Street, Suite 1222
Stop 5700
St. Paul, MN 55101

MN Department of Revenue
Mail Station 6330
St. Paul, MN 55164-6330

U.S. Attorney
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, Mn 55415

Morrison County Treasurer
213 First Avenue Southeast
Little Falls, MN 56345

Wayne King
Credit/Collection Manager
Con-Way Freight
5555 Rufe Snow Drive, Suite 5515
North Richland Hills, TX 76180

Premium Financing Specialists
7825 Washington Avenue, #500
Minneapolis, MN 55439

Minneapolis - STP
301 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Newmans' Manufacturing, Inc.,

Bky. Case No. 07-30032 GFK

Debtor

---

**ORDER GRANTING MOTION FOR ADMINISTRATIVE CLAIM**

---

The above-entitled matter came before the Bankruptcy Court on April 30, 2007, on the Motion to Approve Administrative Claim ("Motion") filed by Wrisco Industries, Inc. ("Wrisco"). Appearances were made by Harold B. Koritz, Esq., of John A. Halpern & Associates on behalf of movant. Other appearances were noted in the record.

Based upon the Motion, all files, records and proceedings herein, the Court being fully advised of the premises, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Wrisco is hereby granted an administrative expense claim pursuant to 11 U.S.C. § 503(b)(9) in the amount of $11,734.26.

3. The Debtor is hereby authorized and directed to immediately pay to Wrisco the sum of $11,734.26.

Dated: _____, 2007

_____
Gregory F. Kishel, Judge
United States Bankruptcy Court