UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:  Newmans' Manufacturing, Inc.                          Chapter 7
Bky Case No. 07-30032 (GFK)

Debtor.

---

## APPLICATION FOR APPROVAL OF EMPLOYMENT OF ATTORNEY

---

TO:    THE COURT:

1. Applicant is the Trustee in this case.

2. Applicant believes that the employment of an attorney is necessary to represent or assist Trustee in carrying out the Trustee's duties as follows: Perform legal services related to legal representation in the following adversary cases: *Newman's Manufacturing, Inc. v Runestone Manufacturing, Inc..* Adv. No. 08-03214; *Newman's Manufacturing, Inc. v. General American Life Insurance Company,* Adv. No. 08-03205; *Newman's Manufacturing, Inc. v. GE Commercial Finance,* Adv. No. 08-03204; *Newman's Manufacturing, Inc. v. International Extrusions, Inc.,* Adv. No. 08-03207; *Newman's Manufacturing, Inc. v. Mills Mfg., Inc.,* Adv. No. 08-03210; *Newman's Manufacturing, Inc. v. MN-Alaska Transport,* Adv. No. 08-03212; *Newman's Manufacturing, Inc. v. PreferredOne Community Health Plan d/b/a Preferred One* Adv. No. 09-03006; and *Newman's Manufacturing, Inc. v. Secura Insurance Holding, Inc. d/b/a Secura Insurance,* Adv. No. 08-03215.

3. Best & Flanagan LLP, 225 South Sixth Street, Suite 4000, Minneapolis, Minnesota 55402-4690, are qualified by reason of practice and experience to render such representation or assistance.

4. Proposed compensation and reimbursement of expenses will be normal current rates as follows: $345.00 per hour for Patrick B. Hennessy; rates for partners, associates or paralegals working on the file range from $400.00 to 120.00 per hour.

5. Said professional has disclosed to the undersigned that they have the following connections with the Debtor, creditors any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee:  None, except Best & Flanagan LLP currently represents Associated Bank Red Wing and Associated Bank, Minnesota on matters unrelated to this bankruptcy. Best & Flanagan LLP currently represents U.S. Bank on matters unrelated to this bankruptcy. Best

& Flanagan LLP represents other panel trustees in other unrelated matters, and has represented this Trustee on unrelated matters.

6. The Trustee has made the following efforts to recover the assets prior to submitting this application: Trustee needs to do further investigation regarding each of the adversary cases referenced above, and because of the issues involved, believes it prudent to retain counsel to assist her.

WHEREFORE, applicant prays that the Court approve such employment by the Trustee.

Dated: April 30, 2009.

/e/ Patti J. Sullivan
Patti J. Sullivan, Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                              Chapter 7 Case

Newmans' Manufacturing, Inc.,                       Bky. No. 07-30032 (GFK)

Debtor.

**VERIFIED STATEMENT PURSUANT TO FEDERAL RULE 2014(a)**

I, Patrick B. Hennessy, the professional named in the application for employment on behalf of the above-named bankruptcy estate, declare under penalty of perjury the following:

1.   I do not hold or represent any interest adverse to the estate and am disinterested as required by 11 U.S.C. 327.

2.   I have not agreed to share any compensation received in this matter with any person other than partners of my firm, Best & Flanagan LLP.

3.   I do not have any connection to the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except for as follows: Best & Flanagan LLP currently represents Associated Bank Red Wing and Associated Bank, Minnesota on matters unrelated to this bankruptcy. Best & Flanagan LLP currently represents U.S. Bank on matters unrelated to this bankruptcy Best & Flanagan LLP represents other panel trustees in other unrelated matters.

Under penalties of perjury the foregoing is true and correct to the best of my knowledge, information and belief.

Date: April 30, 2009                          BEST & FLANAGAN LLP

                                              By_____
                                              Patrick B. Hennessy
                                              Attorney Registration No. 124412
                                              225 South Sixth Street, Suite 4000
                                              Minneapolis, MN 55402
                                              (612) 339-7121

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:  Newmans' Manufacturing, Inc.                                      Chapter 7
                                                                 Bky Case No. 07-30032 (GFK)

Debtor.

## CERTIFICATE OF SERVICE

I, Patricia A. McCollough, hereby certify that a true and correct copy of the attached **Application for Approval of Employment of Attorney, Verified Statement and Proposed Order**  was served electronically or via U.S. First Class Mail, postage prepaid, to the following on the 30th day of April, 2009:

U.S. Trustee
USTPRegion12.MN.ECF@usdoj.gov

Ford Motor Credit Company
c/o  Linda Jungers
LJJ@szjlaw.com

Official Committee of Unsecured Creditors
of  Newmans Manufacturing, Inc.
c/o Michael F. McGrath
mfmcgrath@ravichmeyer.com

Con-Way Freight
Credit-Bankruptcy Department
5555 Rufe Snow Dr., Ste. 5515
North Richland Hills, TX  76180

Floe International, Inc.
c/o Stephen M. Mertz, Esq.
smertz@faegre.com

General American Life Ins. Co.
c/o Susan E. Gustad
susang@bassford.com

R.L. Ryerson Co., Inc.
c/o Michael D. Jankowski
mjankowski@reinhartlaw.com

Executed on this 30th day of April 2009.

/e/ Patricia A. McCollough
Patricia A. McCollough
Legal Assistant

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:  Newmans' Manufacturing, Inc.                                                              Chapter 7
Bky Case No. 07-30032 (GFK)

Debtor.

## **O R D E R**

The Application dated April 30, 2009 to Employ Patrick B. Hennessy of Best & Flanagan, LLP, as attorney of the estate came before the undersigned.  Based on the Application, the Recommendation of the United States Trustee and pursuant to the provisions of Title 11, United States Code, Section 327,

IT IS HEREBY ORDERED the professional employment applied for is hereby approved subject to the limitations on compensation provided by Title 11, United States, Code, §328.

Dated: _____                    _____
Gregory F. Kishel
United States Bankruptcy Judge