UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:  Newmans' Manufacturing, Inc.                                                    Chapter 7
Bky Case No. 07-30032 (GFK)

Debtor.

## **O R D E R**

The Application dated April 30, 2009 to Employ Patrick B. Hennessy of Best & Flanagan, LLP, as attorney of the estate came before the undersigned.  Based on the Application, the Recommendation of the United States Trustee and pursuant to the provisions of Title 11, United States Code, Section 327,

IT IS HEREBY ORDERED the professional employment applied for is hereby approved subject to the limitations on compensation provided by Title 11, United States, Code, §328.

Dated: May 8, 2009

*/e/ Gregory F. Kishel*

Gregory F. Kishel
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *05/08/2009*
Lori Vosejpka, Clerk, By lje, Deputy Clerk